# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3080
_____

ALBERT ALI GIBSON III,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert Ali Gibson III, pro se, Appellant.

Kelly R. Forren, Assistant General Counsel, Tallahassee, for Appellee.